**UNITED STATES of America,**
**Appellee,**

v.

**Juan DeJESUS–ABAD, also known as "Nine–Two," also known as "Code Nine–Two," Defendant–Appellant.**

No. 00–1596.

United States Court of Appeals,
Second Circuit.

May 31, 2001.

Mark Diamond, New York, NY, for appellant.

Paul B. Radvany, Assistant United States Attorney; Mary Jo White, United States Attorney for the Southern District of New York, William B. Silverman and Christine H. Chung, Assistant United States Attorneys, on the brief, New York, NY, for appellee.

Present WALKER, Chief Judge, JACOBS, Circuit Judge, and LARIMER,* Chief District Judge.

### SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the appeal is DISMISSED for lack of jurisdiction.

Defendant-appellant Juan DeJesus–Abad appeals from a July 18, 2000 judgment of the United States District Court for the Southern District of New York (Batts, *J.*) convicting him, after a guilty plea, of conspiring to distribute heroin in

---

* The Honorable David G. Larimer of the United States District Court for the Western District of New York, sitting by designation.

30

violation of 21 U.S.C. § 846 and sentencing him to, *inter alia,* 70 months' incarceration. DeJesus–Abad appealed, attacking the validity of his guilty plea.

Although the government does not press the argument on appeal, it is clear that DeJesus–Abad's appeal was untimely. Fed.R.App.P. 4(b)(1)(A) requires that a notice of appeal in a criminal case be filed within ten days of the judgment. The judgment in this case was filed on July 18, 2000. DeJesus–Abad's notice of appeal was filed on August 15, 2000, well outside the ten-day window established by Rule 4(b). Accordingly, we lack jurisdiction to hear the appeal. *See United States v. Ferraro,* 992 F.2d 10, 11 (2d Cir.1993) (per curiam).

Accordingly, the appeal is DISMISSED for lack of jurisdiction.